# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                        **CASE NO.: 2:96-CR-121 (1)**
                                                               **JUDGE SMITH**
                                                               **MAGISTRATE JUDGE KEMP**

**MARCOS RASHAD THOMPSON,**

    **Defendant.**

## ORDER

On October 6, 2011, the Magistrate Judge issued a Report and Recommendation recommending that the Defendant be sentenced to a term of imprisonment of seven months, to be followed by one year of supervised release (Doc. 53).

The Magistrate Judge held a revocation hearing on September 29, 2011. The Defendant stipulated to the violations of supervised release described in the Probation Officer's report filed under seal on December 17, 2010. The Court also heard argument from counsel, considered a statement made by the Defendant, and reviewed the sentencing memorandum filed on September 28, 2011. Based on all this information, the Magistrate Judge recommended that Defendant's supervised release be revoked and that he be sentenced to seven months imprisonment, followed by one year of supervised release.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and hereby confirms the revocation of Defendant's supervised release. Defendant is sentenced to seven months imprisonment, followed by one year of supervised release.

**IT IS SO ORDERED.**

 */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**